# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

PENSACOLA DIVISION

Johnnie Lee Jordan JR,

Inmate ID Number: 116938,

(Write your full name and inmate ID
number.)

**v.**

Case No.: 3:23cv24730-LC-HTC

(To be filled in by the Clerk's Office)

MAJOR B. OAKES,

SUSAN DOLE,

Kenny Matelesk,

(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)

**Jury Trial Requested?**
☒ YES  ☐ NO

PROVIDED TO GULF CI
MAILROOM

NOV 27 2023

INMATE'S INITIALS

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Johnnie Lee Jordan Jr   ID Number: 116938

List all other names by which you have been known: Johnnie Lee Jordan Jr, Johnnie Jordan

Current Institution: Gulf Correctional Institution

Address: 500 Ike steele Road

Wewahitchka, Florida 32465

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Major B. OAkes

Official Position: Major / Correctional officer

Employed at: Okaloosa Correctional institution

Mailing Address: 3189 colonel Greg Malloy Road

crestview Florida 32539

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _Susan dove_

Official Position: _Assistant warden_

Employed at: _Okaloosa correctional institution_

Mailing Address: _3189 colonel Greg Malloy Road_

_crestview  Florida_

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _Kerry Mateleska_

Official Position: _classification Officer_

Employed at: _Okaloosa correctional institution_

Mailing Address: _3189 colonel Greg Malloy Road_

_crestview, Florida_

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation

of any rights, privileges, or immunities secured by the Constitution" and federal

law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation

of certain constitutional rights.

Pg 3 of 21

Plaintiff brings this suit Against State/Local Officials (§ 1983).

III. Prisoner status: convicted state prisoner.

IV. STATEMENT OF FACTS AND DECLARATION of Johnnie Lee Jordan Jr.

(1) I, Johnnie Lee Jordan Jr Pursuant to 28 U.S.C § 1746 And Florida statutes 92.525 make the following Declaration, the Following Declaration And the Following Facts Are Personally known by me to be true And correct, I am over the age of 18 And am competent to testify to such Facts And would so testify to such Facts in court As A witness at trial regarding this matter. I verify under penalties of Persury that I have read the Following Declaration And verify that the Facts stated in it Are true.

_____
Johnnie Lee Jordan Jr
DC # 116938
Date _____ 2023

(2) Plaintiff Johnnie Lee Jordan Jr A prisoner housed at Gulf C.I.J

brings this Action under 42 U.S.C. 1983 Against The defendants Major B. Oakes, Susan Dove, And Kenny Mateleska For First Amendment Retaliation, And intentional infliction of emotional distress.

(3) All Foregoing defendants Are sued in his or hers individual capacity. And at all times mentioned inside this complaint, each defendant Acted under the color of state Law.

(4) Particularly, at okaloosa C.I. On April 28 2022 The defendants Has the Ict team conceded that Mr. willy neal's PREA Allegations were False, And conceded in the response On the grievances I Filed Mr. neal's PREA Allegations were False. Yet, The grievances I Filed that exposed That the defendants As The Ict team, via collusion with defendant Oakes, Acted in concert to have willy neal put into my cell in C dorm in April of 2022, To Falsely Allege that I committed PREA Against him, were denied on Foregoing. But of retaliation, so I would be confined And transferred to Gulf C.I. As punishment for Filing A 1983 law suit Against staff at Okaloosa C.I., And many grievances.

P: 5 of 21

(5) Now on About some time in April of 2022 while housed at Okaloosa c.o.I. Plaintiff Filed A 1983 Law suit As to case # 3:22-cv-05101-mcr-zcB. The defendant OAkes then confronted me soon Afterwards at the Legal mail window; Gave me A threatening stare Looked at my ID Tag, And stated: "Your Johnnie Jordan?, I Finally get to meet you".

(6) Plaintiff became Afraid And Alert; because defendant OAkes was "pretending" As if he did not know me or my name, And As if he never saw me before. Although, he knew who I was, because I had been Filing many grievances, which him and The other two defendants were Angry with me About. I did not know OAkes name, because they hide their ID Tags At times.

(7) Next, the defendants who were the ICT team released mr. neal from confinement; knew mr. neal had A history of Falsely Alleging PREA Against inmates, knew that I had been Filing grievances About being housed with certain type of inmates by security so me And those inmates would Fight; And As A Result I would be confined; i.e The defendants were having security pull me into the cell with certain type of inmates, so I would get into a Fight; then they could Lock me up.

(8) As soon As mr. neal entered my cell in April of 2222 he stated: "Look man they put me in here with you For me to watch you"

P: 6 of 21

And report back to them; i.e.,
(Them) being the ICT team.

(9) Subsequently, on April 26, 2022
Mr. neal Falsely Alleged to the
warden, who was located inside a
dorm, That plaintiff committed
PREA Against him.

(10) Sgt megregor (whose name I
maybe spelling wrong) was supervizor
over a dorm on April 26, 2022; came
To My cell inside a dorm on April
26, 2022, And told me Mr. neal told
The warden that plaintiff committed
PREA on him. I then told that Sgt
that he knew that the Foregoing
was untrue; he then conceded
Mr. neal was Lying And Advised
he that he told the captain that
Mr. neal was Lying About the
PREA Allegation. Sgt Then had
he Fill out A statement And I
essentially wrote on that statement
That security put Mr. neal into
The cell, to set he up Falsely.
That Sgt then said they told him
to Lock me up. I asked why
Am I being Locked up? I did not
do Anything. Sgt then stated

P: 7 of 21

That they told him to still lock he up, because they had to follow strict PREA protocol And procedures. However, contrary to the foregoing On April 26, 2022 the prison officials deliberately failed to follow PREA protocol And procedures, because the defendants colluded And conspired To have Mr. neal put into my cell, From the outset, to falsely allege PREA.

(11) Mr. neal also was confined on April 26, 2022 with me for A alleged PREA Investigation. But no PREA investigator's never came to talk To me. The rental health Lady came but when I Attempted to talk to her about the PREA incident, she cut me off, And told me not to talk to her About it. I don't know her name.

(12) After plaintiff was confined on April 26, 2022 The foregoing SST. told me to not worry about the Pres Investigation, because no one followed PREA protocol And procedures. whereas he stated no one even cordon off my cell inside a dorm.

(13) On April 28, 2022 The ICT team conceded to me that Mr. neal's PREA Allegations, were found to be false by them.

P = 8 OF 21

(14) However, "The defendants decided
That Plaintiff would remain in
Confinements On special review
Against Mr. neals And pending
A transfer. Plaintiff then
Asked why was he being
kept in confinement if
Mr. neals Allegations
were found to be false?;
I Also Asked why was
Proper PREA protocol And
Procedure not Followed
On April 26, 2022." The
defendants kept silent And
stared at me, with contempt
in their eyes.

(15) Defendant Dole who Appeared
to be the head of the ICT team
Then stated: " I dont want you
To get out And see him, And
beat him up." Defendant Oakes
Then stated: " IF you do meet
up with him again you can
Finish RAPing him", I
Then began to walk out that
noon, And defendant Oakes

P = 9 OF 21

changed his voice to make it appear "gay, and girlish", and stated: "Good bye Johnnie."

(16) Plaintiff then turned around to seek defendant oaks name, he then lied and stated his name was major tooke.

(17) Plaintiff then ascertain That "the defendants" had kept he confined; released Mr. neal back to open population; Although the defendants knew Mr. neal made the False PREA Allegation; And knew no one Followed proper PREA Protocol, And Procedure.

(18) The defendants Also did not write Mr. neal Any DR's For making the False PREA Allegation; And released him back into open population, kept plaintiff confined, over 50 days And Mr. neal came right back to confinement For other issues, And was back there with me, until I transferred.

P: 10 OF 21

(19) On MAY 3 2022 The defendants
had Officer cummins pull me out my
cell in confinement, put me back in
my cell, As to deceitfully make it
Appear As if they were taking me to
Talk to someone about the PREA
Allegations, And I refused. I then
Filed a grievance essentially to
Assent what happen, And the defendant
Oakes denied that grievance with a
specious response. I exhausted all remedies.

(20) All of the foregoing willful And
retaliatory malicious misconduct,
And outrageous conduct by the
defendants. Has deprived me of my
right to Appeal case # 2022-2127
in the 2nd DCA in Tampa Florida. For
while I was confined for over 50 days.
security deliberately refused to Allow
me to send out, out going legal mail,
everyday of the week except weekins,
And holidays. I would never have missed
my dead line to Appeals if the defendants
had not had me confined falsely, And
kept me confined, As punishment for
Filing the Lawsuit, And grievances. I
now have a constant fear and worry
That I will die in prison. Because the
defendants caused me to lose a very
good shot at my life sentence, being
reversed on Appeal.

P: 11 OF 21

# V. STATEMENT OF CLAIMS

(21) Plaintiff He alleges And incorporates by reference his statement of Facts And Verified Declaration to substantiate his claims (see statement of Facts and Declaration of Johnnie Lee Jordan Jr Paragraph numbers 1 - 20).

(22) Defendants Major B. Oakes, Susan Dove, And Kemy Mateleska. willful And retalitory Malicious his conduct, done via collusion And conspiring, violated Plaintiffs First Amendment Rights against retaliation, For Filing the Law suit. And grievances before, And After the Law suit was Filed (see Paragraph numbers 1 - 20 of the statement of Facts And Declaration of Johnnie Lee Jordan Jr).

(23) The defendants Outrageous conduct, caused He intentional infliction of emotional distress (see statement of Facts And —

P = 12 OF 21

Declaration of Johnnie Lee Jordan Jr
Paragraph numbers 4 - 20).

(24) Plaintiff submits the following
Log numbers of grievances, that will
substantiate his claims:
22-6-13376, 115-2205-0006
109-2206-0094, 115-2206-0193
115-2205-0003, 115-2204-0297
115-2204-0004, 109-2302-0020
115-2204-0149, 115-2205-0031
115-2205-0005, 115-2206-0007
115-2205-0189, 115-2205-0257
115-2205-0256, 115-2205-0039
115-2204-0321, And 115-2205-0156.

(25) Plaintiff has to submit the
foregoing Log numbers, because on July 07,
2023 security here at Gulf C.I used
racial slurs against me, spit on me
And threatened me with physical
violence, because of the grievances
I keep filing, whereas security then
intentionally destroyed some of my
documents. (see Approved grievance
Log # 109-2308-0024), ergo,
At least the foregoing Log numbers will
be apart of the record, if these
people here at Gulf destroy any more of
my evidence.

P: 13 OF 21

# VI. RELIEF REQUESTED

WHEREFORE, Plaintiff PRAYS This court enter Judgment granting him the Following Relief:

(26) nominal damages of one dollar To be paid to plaintiff Johnnie Lee Jordan Jr, by each defendant, MAJOR B. oakes, Susan doke, and Kenny mateleska;

(27) punitive damages of Thirty Thousand dollars to be paid to Plaintiff Johnnie Lee Jordan Jr, by each defendant MAJOR B. oakes, Susan Doke, and kenny mateleska Jointly and severally.

(28) To be transferred from Gulf C.I. To Aprison closer to tampa, Fl, And Any and other relief he is entitled to, this court deems Just.

(29) plaintiff's requested relief is based on deterring other (FDOC) staff From committing the same conduct, And to hire A Attorney to help him Litigate so plaintiff can get out of prison. Thank you.

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).  Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.   You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

B.

(1) Plaintiff has Filed case #3:22-
cv-05101-McR-2CB in the
Federal court which the Facts in
This instant case Are interrelated
To the foregoing case #, which
involves defendants Brittney setton.
Captain Allen, Officer Taylor, and
Sst kempsack. court us district
court northern District OF Florida
Pensacola division. Judges THE
Honorable Bolitho And Rogers.
Filed April 12, 2022, And is now
pending. (see Doc # 85 ).

(2) Plaintiff Also Filed case #4:18-
cv-00149-RH-CAF on March 16, 2018
Jordan v. Fewell, Judges THE Honorable
Fitzpatrick And Hinkle. Whereas, The
Facts And issues in that foregoing case
May be interrelated to this instant case
A settlement was reached on the foregoing
case, The case was terminated on February
13, 2021.

C.

(1) Plaintiff Filed A Petition For
writ OF Habeas corpus in the u.s.
District court Middle District OF Florida
(Tampa Division) case # 8:16-cv-01204-
CEH-cpT, parties secretary Department
OF connections, Judges THE Honorable

P: 17 of 21

Tuite And Honeywell. Filed May 13, 2016 And denied August 24, 2019. notice of Appeal Filed And COA Filed case number 19-13602-H, 19-13603-H And 19-13675-H. The Eleventh circuit court of Appeals denied the COA on January 13 2020. All of the Foregoing Are related to plaintiff's criminal case # 09-CF-15172.

(2) case # 8:07-CV-1732-T-17AEP, Parties secretary, Department of corrections Judges I dont have that Information, because the Prison officials here at Gulf Intentionally destroyed a lot of my Legal documents i.e., I only have parts of documents. The Foregoing case # pertains to my criminal case # 07-CV-026807 And A Petition For writ of habeas Corpus Filed in the United states District court middle District court middle district of Florida Tampa Division, And I Filed A COA in the United states court of Appeals 11th circuit. I also Filed a notice of Appeal. The Foregoing Information is All I can site, because I dont have Any other Information, However the Foregoing was dismissed, As untimely, IAlso Filed A COA, which I believe was denied.

(3) case # 2021-0084, Petition For writ of Habeas corpus And Appeal From the 13TH Judicial circuit court in Hillsborough county Florida. Filed June 4 2021 in the 2nd DCA state Appeals court which was An Initial brief Pertains to plaintiff's criminal case # 09-CF-15172, which was silent Per-curiam Affirmed by The 2nd DCA Judges.

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   **(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I ~~verify~~ under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

   is any change to my mailing address and that my failure to do so may result

   in a dismissal of the action.

Date: _nov 27 2023_____ Plaintiff's Signature: _Johnie Lee Jordan Jr_

Printed Name of Plaintiff: _Johnie   Lee   Jordan  Jr_

Correctional Institution: _Gulf  C.I.  Main  unit_

Address: _500 Ike Steele Road_

_wewahitchKa,  Florida 32465_

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) □ delivered to prison officials for mailing or □ deposited in**

**the prison's mail system for mailing on the _27_ day of _nov_ ,20 _23_**

Signature of Incarcerated Plaintiff: _Johnie Lee Jordan Jr_

P: 20 OF 21

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A true and correct copy of The foregoing civil rights complaint And "required" motion to proceed in Forma Pauperis And Prisoner Consent Form and Financial Certificate, And bank statements" were given to Gulf C.I. main Unit Mail room personnel to be U.S. mailed To : clerk of court, U.S. District Court northern District OF Florida One north Palafox street Pensacola, Florida 32502 On this day 27 OF November 2023.

Johnnie Lee Jordan Jr
Dc # 116938
Gulf C.I. main Unit
500 Ike Steele road
Wewahitchka, Fl
32465

P: 26 OF 21

Johnnie Jord~~~~~~~~
Gulf C.I. main unit
500 Ike steele Road
Wewahitchka, Florida
32465

02 1P
0000932234    NOV 27 2023
MAILED FROM ZIP CODE 32465
$ 002.55⁰
PITNEY BOWES
UNITED

CIErk OF COURT
US District court
northern District of Florida
One north Palafox Street
PEnsacola, Florida
32502

LEGAL MAIL

NOV 3 0 2023

PROVIDED TO GULF CI
MAILROOM

NOV 27 2023

INMATE'S INITIALS

LEGAL MAIL