UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE JORDAN, JR.,

    Plaintiff,

v.                                                      Case No. 3:23cv24730-LC-HTC

B. OAKES,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 24, 2024 (ECF No. 10), recommending this case be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion to Address the Honorable Court" (ECF No. 8) is DENIED.

3. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

4. The clerk shall close the file.

**DONE AND ORDERED** this 22nd day of February, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**